# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 4, 2006

130449

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

PETER L. TAYLOR,
      Plaintiff-Appellee,

v

SC: 130449
COA: 265039
WCAC: 03-000001

LEAR SEATING CORPORATION and
ZURICH AMERICAN INSURANCE
COMPANY/TRAVELERS INSURANCE
COMPANY,
      Defendants-Appellants.

_____/

On order of the Court, the application for leave to appeal the January 17, 2006 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 4, 2006

Clerk

t0927